O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID J. CENTANNI,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

Case No. CV 13-2202-JSL (OP)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, the Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that: (a) accepting this Final Report and Recommendation; (b) denying Defendant's Motion to Dismiss for lack of subject matter jurisdiction; and (c) remanding this matter for further administrative proceedings consistent with this Final Report and Recommendation.

DATED: March 24, 2014

HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge