JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CENTANNI,<br><br>　　　　　Plaintiff,<br>　　vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendants | Case No. CV13-2202-JSL (OP)<br><br>J U D G M E N T |

　　　　Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that Judgment be entered remanding this matter for further administrative proceedings consistent with this Final Report and Recommendation.

DATED:  March 24, 2014

*/s/ Spencer Letts*
HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge